EASTWOOD v. BUEL.—In error.

*A confessed judgment, rendered by a justice in favor of his brother, is not void.*

REPLEVIN. *John G. Keller* confessed a judgment, before *James M. Buel*, a justice of the peace, in favor of *Andrew J. Buel*, a brother of said *James*. An execution issued on that judgment, and was placed in the hands of a constable. *Keller* owned a mare, and, while the execution against him was in the hands of the constable, sold her to *Amasa Eastwood*.· The constable afterwards levied the execution upon her. *Eastwood* then brought this action of replevin for her, against said *Andrew J. Buel*, and the only question in the case is whether the judgment confessed by *Keller* in favor of said *Andrew J. Buel* before *James M. Buel* was void on account of the relationship of the latter to the former. If it was, the execution would not hold the property. Section 3, pt. 4, p. 863, R. S., is relied on to show the judgment void. We think the judgment not void, and that the execution on it bound the personal property of *Keller*. Judgment below affirmed with costs (1).

(1) This case was overruled at the *May* term, 1852, in the case of *Wells* v. *Dawson et al.*